1042

THE STATE OF WASHINGTON, *Respondent*, v. JEFFRY DOUGLAS SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-00370-5, Paris K. Kallas, J., entered July 9, 2004. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL LEE HOFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-09925-9, Linda Lau, J., entered August 16, 2004. *Affirmed* by unpublished per curiam opinion.

LAUREN KIM ET AL., *Appellants*, v. MILTON R. WALTER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-27111-0, Jeffrey M. Ramsdell, J., entered September 10, 2004. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Becker, JJ.

*In the Matter of the Estate of* WILLIAM GEORGE MCQUILLIN. KEITH BUNTING ET AL., *Appellants*, v. MICHAEL SCHAUERMAN, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-4-00081-1, Michael F. Moynihan, J., entered November 19, 2004. *Affirmed* by unpublished per curiam opinion.